IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PANDIGITAL, INC.,

    Plaintiff,

  v.

DISTRIPARTNERS B.V.,

    Defendant.

_____/

No. C 12-01588 CW

ORDER DISMISSING CASE WITH PREJUDICE

    The parties in this case have stipulated to dismissal of Plaintiff's claims with prejudice.  Accordingly, the Court orders that Plaintiff Pandigital's claims against Defendant Distripartners are dismissed with prejudice.  The Clerk shall enter a separate judgment.  Each party shall bear its own costs of suit.

    IT IS SO ORDERED.

Dated: 1/10/2013

CLAUDIA WILKEN
United States District Judge