IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PANDIGITAL, INC.,

    Plaintiff,

  v.

DISTRIPARTNERS B.V.,

    Defendant.
_____/

No. C 12-01588 CW

JUDGMENT

    For the reasons set forth in this Court's Order Dismissing Case With Prejudice,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Pandigital, Inc. take nothing, that the action be dismissed with prejudice, and that each party bear their own costs of action.

    Dated at Oakland, California, this 10th day of January, 2013.

RICHARD W. WIEKING
Clerk of Court

By: _____
Deputy Clerk